499 Pa. 207 (1982)
452 A.2d 1012
Noel Tancred ESCOFIL, Appellant
v.
COMMONWEALTH of Pennsylvania.
Supreme Court of Pennsylvania.
Argued October 18, 1982.
Decided December 10, 1982.
Noel Escofil, in pro per.
Robert Patrick Coyne, Deputy Atty. Gen., for appellee.
Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER
PER CURIAM:
Order affirmed. 46 Pa.Cmwlth. 475, 406 A.2d 850.